M/V PULA
AND/OR OWNERS/CHARTERERS

# TAX INVOICE

Stena Weco A/S
113 Rungsted Strandvej
DK-2960 Rungsted Kyst
Denmark

| | |
|---|---|
| DATE OF INVOICE : | 23. October 2014 |
| INVOICE NO : | 121-1410104 |
| ORDER NO. : | 121-26756 |
| DATE OF SUPPLY : | 23. October 2014 |
| DUE DATE : | 21. November 2014 |

PORT: SINGAPORE
YOUR REFERENCE:

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 670,524 MT | Fueloil 380-CST 3,5% | 447,00 MT | 299.724,23 |

Add Tax @0.000% USD 0,00
Total USD 299.724,23

EXCHANGE RATE : USD 1 = USD 1,0000
USD:
The prices are excl. all taxes and/or other fees.

ZERO RATED IN USD

**TERMS OF PAYMENT** 30 days from date of supply With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

**O.W. BUNKER FAR EAST (S) PTE. LTD.**

**BANK:** ING Bank N.V.
**ACCOUNT:** IBAN: NL95 INGB 0020 1182 44
IBAN: NL58 INGB 0651 3629 97

USD and all other currencies
EUR

300 Beach Road
#32-01/03, The Concourse
SINGAPORE 199555

**SWIFT:** INGBNL2A

Phone: +65 631 70 000
Fax: +65 639 81 270

Telex: 051-9407 6641
Cables: OWBUNKER
E-Mail: wwsingapore@owbunker.com.sg
Internet: http://www.owbunker.com

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

Co. Reg. No: 199201808K
GST Reg. No: M2-0106089-3