IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

"IN ADMIRALTY"

| | |
|---|---|
| ING BANK N.V., § <br> § <br> Plaintiff § <br> § <br> v. § <br> § CIVIL ACTION NO. 7:15-cv-248 <br> M/V CHAMPION PULA, IMO No. § <br> 9341146, her engines, tackle, § <br> equipment, furniture, appurtenances, § <br> etc., *in rem* § <br> § <br> Defendant | |

## ORDER

Considering the foregoing Motion to Allow Vessel to Move within Port and to Continue Cargo Operations filed by plaintiff, ING Bank N.V. ("ING"), and finding same well-founded, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the M/V CHAMPION PULA, IMO No. 9341146, ("PULA") be allowed to move within the physical jurisdiction of this Court to a safe berth or anchorage as necessary to shift within the port or to continue conducting cargo or repair operations, at all times remaining within this District.

**IT IS FURTHER ORDERED** that ING agrees to release and hold harmless and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from shifting or the movement to safe berth or to conduct repair operations of the aforesaid PULA, and all property aboard that vessel or located within this District.

1

Wilmington, North Carolina, this 18 day of November, 2015.

*/s/ James C. Dever*
JAMES C. DEVER III
Chief United States District Judge