| | | |
|---|---|---|
| lNG BANK N.V., | ) | |
| | ) | |
| Plaintiffs, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 7:15-CV-248** |
| V. | ) | |
| | ) | |
| *M/V* CHAMPION PULA, | ) | |
| IMO NO. 9341146, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** the court has reviewed the notice of voluntary dismissal without prejudice [D.E. 23], and Champion Shipping AS's ("Champion") objection [D.E. 24]. The action is dismissed without prejudice. See Fed. R. Civ. P. 41(a)(1)(A)(i).

SO ORDERED. This 2nd day of March, 2016.

**This Judgment Filed and Entered on March 2, 2016, and Copies To:**

| | |
|---|---|
| Ryan F. Tennant | (via CM/ECF Notice of Electronic Filing) |
| Robert J. Stefani, Jr. | (via CM/ECF Notice of Electronic Filing) |
| Geoffrey A. Losee | (via CM/ECF Notice of Electronic Filing) |
| Seth Peter Buskirk | (via CM/ECF Notice of Electronic Filing) |

DATE:  JULIE RICHARDS JOHNSTON, CLERK

March 2, 2016  (By) /s/ Nicole Briggeman
 Deputy Clerk